BLAKE G. HALL, ESQ.
SAM L. ANGELL, ESQ.
DILLON S. ERICKSON, ESQ.
HALL ANGELL & ASSOCIATES, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Telephone (208) 522-3003
Fax (208) 621-3008
*ISB Nos. 2434, 7012 and 10312*
bgh@hasattorneys.com
sla@hasattorneys.com
dse@hasattorneys.com

Attorneys for Defendant City of Burley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OTTIS D. PHERIGO, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF BURLEY, an Idaho municipal corporation,<br><br>               Defendant. | Case No. 4:21-cv-364<br><br>**MOTION FOR SUMMARY JUDGMENT** |

Defendant, CITY OF BURLEY, by and through counsel of record, HALL ANGELL & ASSOCIATES, LLP, moves this Court for an Order granting summary judgment in favor of Defendant on all claims in Plaintiff's Complaint. This motion is based upon the memorandum and affidavits in support filed contemporaneously herewith. Oral argument is requested.

Dates this 9th day of November, 2022.

                                             _____
                                             BLAKE G. HALL

**CERTIFICATE OF SERVICE**

       I hereby certify that I served a true copy of the foregoing document upon the following this 9th day of November, 2022, by the method indicated below:

Kelly H. Andersen, Esq.                   [X] CM/ECF
David W. Gadd, Esq.
STOVER GADD & ASSOC.
PO Box 1428
Twin Falls, ID 83303
Email: kha@magicvalleylaw.com
Email: dwg@magicvalleylaw.com

_____
BLAKE G. HALL