BLAKE G. HALL, ESQ.
SAM L. ANGELL, ESQ.
DILLON S. ERICKSON, ESQ.
HALL ANGELL & ASSOCIATES, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Telephone (208) 522-3003
Fax (208) 621-3008
*ISB Nos. 2434, 7012 and 10312*
bgh@hasattorneys.com
sla@hasattorneys.com
dse@hasattorneys.com

Attorneys for Defendant City of Burley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OTTIS D. PHERIGO, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF BURLEY, an Idaho municipal corporation,<br><br>        Defendant. | Case No. 4:21-cv-364<br><br>**DECLARATION OF CAROL ANDERSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, CAROL ANDERSON, hereby swear under penalty of perjury as follows:

1.      That I am over the age of eighteen (18) and am competent to testify in this matter. I make this declaration based on my own personal knowledge unless otherwise indicated.

2.      I am the Director of Human Resources for the City of Burley. I have worked in this position since 2014.

3.      I am familiar with the City processes for hiring, firing, and other employment issues including employee discipline.

DECLARATION OF CAROL ANDERSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 1

4.    On or about February 3, 2020, Dan Pherigo came to my office and reported that he believed a coworker at the time Lindsey Yeaman had been subjected to sexual advances by Dee Hodge. Mr. Pherigo seemed upset and emotional. In fact, he was quite angry, especially with Dee Hodge.

5.    I discussed Mr. Pherigo's report with City Administrator Mark Mitton. After that, Mr. Mitton took charge of the matter. He decided to place Mr. Pherigo on paid administrative leave. I wasn't involved in that decision. Mr. Pherigo returned to work on February 18, 2020.

6.    I don't recall the exact dates, but between February 3, 2020, and February 18, 2020, several of Mr. Pherigo's coworkers came to me to discuss their reactions to Mr. Pherigo's comments during that same timeframe. For example, Dustin Raney, a wastewater employee, reported that Mr. Pherigo reacted very negative and angrily to Ms. Yeaman's proposed termination. Mr. Pherigo went to a few of his coworkers at the time and told them things like Mr. Hodge had crossed a line and that the coworkers need to stay out of the way so nobody gets hurt. Another employee, Rusty Blackner, reported that Mr. Pherigo said he would kill Mr. Hodge. Mr. Blackner did not feel comfortable being at work for fear of being harmed by Mr. Pherigo. And lastly, another employee, Stormy Oldham, came to my office to report the same things about Mr. Pherigo. Mr. Oldham also said he was nervous and wanted to carry a firearm with him to protect himself. Mr. Mitton was present for at least some of the meetings I had with employees.

7.    I asked the employees to make a written reports and turn them in to me.

8.    Attached hereto as Exhibit A are true and correct copies of the statements the employees submitted to me.

DECLARATION OF CAROL ANDERSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 2

9.      Mr. Mitton decided to place Mr. Pherigo on administrative leave and later proposed the termination of his employment. According to City policy, Mr. Pherigo was entitled to an opportunity to be heard on the issue of his proposed termination. The hearing was scheduled for March 5, 2020.

10.      On March 5, 2020, Mr. Mitton and I met with Mr. Pherigo. However, Mr. Pherigo denied making threats and said he was only trying to protect Ms. Yeaman.

11.      Although Mr. Pherigo said he was only trying to protect Ms. Yeaman, the reports I received from the other City employees all indicated that Mr. Pherigo's threats came after Ms. Yeaman received a notice of proposed termination.

12.      After the hearing, Mr. Mitton decided to terminate Mr. Pherigo's employment.

Dated this 8th day of November, 2022.

_____
Carol Anderson

DECLARATION OF CAROL ANDERSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 3

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing document upon the following this 9th day of November, 2022, by the method indicated below:

Kelly H. Andersen, Esq.                     [X] CM/ECF
David W. Gadd, Esq.
STOVER GADD & ASSOC.
PO Box 1428
Twin Falls, ID 83303
Email: kha@magicvalleylaw.com
Email: dwg@magicvalleylaw.com

_____
BLAKE G. HALL

DECLARATION OF CAROL ANDERSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 4

# EXHIBIT A

2-5-2020 Documentation by Dustin Raney

On 1/31/2020 at approximately 9:30 AM Dee arrived at the treatment plant with Carol Anderson. They went in Lindsey Yeamans office and gave her papers and placed her on administrative leave (pre termination-I believe). I was asked to help pack her belongings and escort her out. She left immediately without collecting any belongings stating that would be back later that day to collect them.

Dan talked to Lindsay and determined that he would collect her belongings and deliver them to her. I assisted him with the packing process that same day.

On the morning of 2/3/2020 right after work began, Dan approached me and stated that Dee had crossed the line and when shit hits the fan I need to stay out of it because he doesn't want anyone else getting hurt. Rusty came to me about an hour later and informed me that Dan had told him the same thing. Stormy also came to me with concerns for everyone's safety and stated that he was worried about what dan may do. The next morning, I told Dee what Dan had said and about the others concerns and we went to city hall and discussed the matter with Carol Anderson and Mark Mitton. Carol took meeting notes. Mark told us that he doesn't believe that Dan meant anything about his statements being of a physical nature. He also informed us that Dan had filed a sexual harassment complaint against Dee and that we would both be being contacted by the County Administrator, who would be conducting an investigation, for questioning.

I was contacted by the County Administrator at 3 pm on 2/4/2020 and was asked to come to his office to discuss the complaint and I went up and did a recorded interview with him. On the morning of 2/5/2020 I was informed by Dee that Dan had sent home on administrative leave until these matters had been resolved. We also had a staff lunch that day to discuss the allegations towards Dee, Lindsays termination being strictly due to lack of job performance, and about Dan being placed on administrative leave because he was very emotional and making threats. Stormy, Dee and I expressed that we were concerned for all of our safety because of Dans mental state and because of the threats that were made.

2/6/2020

Stormy asked me to accompany him to city hall to discuss his concerns with Mark and Carol. Carol took meeting minutes while we were there. He spoke about how nervous we are for the staff safety now and especially any retaliation from Dan now or if he is allowed to return to work. He also discussed the city policy portion about employees not being allowed to carry firearms and how that rule should be revised so that we could be allowed to protect ourselves. Mark told him the same thing he told Dee and me.

2/20/2020

I Rusty Blackner had Dan approach me on feb 3 after lindsey was told to leave work on friday and dan told me that he was going to kill dee and that he wanted me and my other co-workers to stay out of the way because he didn't want anyone else to get hurt. now I do not feel comfortable being at work for fear of getting hurt or ome of my co-workers getting harmed. I feel that dan is a threat and should not be aloud at work.

Rusty Blackner    2-18-20

On monday morning Feb 3 rd
I went in to the control Room to Look at
the scada 7:45 Am Don came in set
down up set and said Dee hurt someone
he cared adout and he wont me to stay
out ot what ever was going to happen
and to till glen stay out it Because he
didut want us hert!

FeB 16 th

2-18-20        11:00 am

Begining since the time Lindsey's Letter of Proposed Termination, I have had several instances employees ↑ Dustin, Rusty, Stormy, said that Dan had threatened them All. Claims That Dan warned them if they see Anything happenes to stay out of it Because he doesn't need Anyone else hurt.

Our Department is on edge That he will Return to work And either do some physical violence or Shoot everyone there.

Lee Hodge