UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OTTIS D. PHERIGO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BURLEY, an Idaho municipal corporation,<br><br>Defendant. | Case No. 4:21-cv-00364-DCN<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation for Dismissal filed by the parties on May 17, 2024, as Dkt. No. 33,

IT IS HEREBY ORDERED, ADJUDJED, AND DECREED, that this matter be dismissed with prejudice with each party to bear its own costs and fees.

DATED: May 20, 2024

_____
David C. Nye
Chief U.S. District Court Judge